| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) REINHARDT, STEPHEN R. | 2. Court or Organization US COURT OF APPEALS - 9TH CIRCUIT | 3. Date of Report 05/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US CIRCUIT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address 312 NORTH SPRING STREET ROOM 1747 LOS ANGELES, CA 90012 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 - ▓▓▓▓▓▓▓ - EXEMPT C |
| 2. TRUSTEE | TRUST #2 - ▓▓▓▓▓▓▓ - NON-EXEMPT C |
| 3. TRUSTEE | TRUST #3 - ▓▓▓▓▓▓▓ DTD 4/21/95 |
| 4. CO-TRUSTEE | TRUST #4 - ▓▓▓▓▓▓▓ UAD 4/21/95 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | ACLU FOUNDATION OF SO CALIFORNIA - CONSULTING FEES |
| 2. 2014 | AMERICAN CIVIL LIBERTIES UNION INC OF SO CALIFORNIA -CONSULTING FEES |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ASSOCIATION OF AMERICAN RESPONSIBILITY | 03/27/14 - 03/29/14 | LAS VEGAS, NV | PROF ASSOC ACTIVITY/ CIVIC ORGANIZATION | AIRFARE, LODGING |
| 2. | YALE UNIVERSITY | 10/23/14 - 10/27/14 | NEW HAVEN, CT | PROF ASSOC ACTIVITY/ CIVIC ORGANIZATION | AIRFARE, LODGING, TRANSPORTATION |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **REINHARDT, STEPHEN R.** | 05/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKER ACCT #1 - STONNINGTON ▒▒ (H) | | | | | | | | | |
| 2. - FEDERATED CLOVER VALUE FD CL C 1 | A | Dividend | K | T | Sold (part) | 06/17/14 | J | C | |
| 3. | | | | | Sold (part) | 11/07/14 | J | C | |
| 4. - FDIC LIQUID INSURED DEPOSITS MONEY MARKET 1 | A | Interest | J | T | | | | | |
| 5. CITY NATIONAL BANK CHECKING ▒▒ | | None | K | T | | | | | |
| 6. UNION BANK CHECKING | | None | K | T | | | | | |
| 7. JOHN HANCOCK LIFE INS CO. - ANNUITY | D | Int./Div. | L | W | | | | | |
| 8. IRA - ACCT #7 - STONNINGTON ▒▒ (H) | C | Int./Div. | L | T | | | | | |
| 9. - PERSHING GOVT MONEY MARKET FUNDS 7 | | | | | | | | | |
| 10. - VANGUARD BD INDEX TOTAL BD MKT FUND 7 | | | | | Sold (part) | 11/25/14 | J | A | |
| 11. - VANGUARD SPECIALIZED PORT DIV APPREC FUND 7 | | | | | Sold (part) | 11/25/14 | J | A | |
| 12. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND 7 | | | | | Sold (part) | 11/25/14 | J | A | |
| 13. - MSIF INC INTERNATIONAL FUND 7 | | | | | Sold (part) | 11/25/14 | J | A | |
| 14. - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND 7 | | | | | Sold (part) | 11/25/14 | J | A | |
| 15. - ISHARES TR BARCLAYS TIPS BD FD 7 | | | | | Sold (part) | 11/25/14 | J | A | |
| 16. - GATEWAY FUND CLASS Y 7 | | | | | Sold (part) | 11/25/14 | J | A | |
| 17. - DRIEHAUS ACTIVE INCOME FUND 7 | | | | | Sold (part) | 11/25/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - DRIEHAUS SELECT CREDIT FUND 7 | | | | | | | | | |
| 19. - AQR DIVERSIFIED ARBITRAGE FUND 7 | | | | | | | | | |
| 20. - WASATCH LONG/SHORT FUND 7 | | | | | Sold (part) | 04/25/14 | J | B | |
| 21. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND 7 | | | | | Sold (part) | 11/25/14 | J | A | |
| 22. - TCW EMERGING MARKETS FUND 7 | | | | | Sold (part) | 11/25/14 | J | A | |
| 23. - VIRTUS EMERGING MARKETS FUND 7 | | | | | Sold (part) | 11/25/14 | J | A | |
| 24. - AMERICAN CENTURY MID CAP VALUE FUND 7 | | | | | Sold (part) | 11/25/14 | J | A | |
| 25. - SCHWAB FUNDMNTL U.S. LARGE CO FUND 7 | | | | | Sold (part) | 11/25/14 | J | A | |
| 26. - AQR MANAGED FUTURES STRATEGY FUND 7 | | | | | Sold (part) | 11/25/14 | J | A | |
| 27. - LEGG MASON BW ABSOLUTE RETURN FUND 7 | | | | | Sold (part) | 11/25/14 | J | A | |
| 28. - RIVERNORTH DOUBLE LINE STRATEGIC INC FUND 7 | | | | | Sold (part) | 11/25/14 | J | A | |
| 29. - NEUBERGER BERMAN LONG SHORT FUND 7 | | | | | Buy | 04/25/14 | J | | |
| 30. | | | | | Sold (part) | 11/25/14 | J | A | |
| 31. DEFERRED SALARY PLAN/TRUST - ACLU - ACCT #8 - M/LYNCH ▨ | E | Distribution | N | T | | | | | |
| 32. BROKER ACCT #3 - STONNINGTON ▨ (H) | | | | | Merged (with line 204) | 12/05/14 | N | | See Note 2 |
| 33. - FDIC LIQUID INSURED DEPOSITS MONEY MARKET 3 | A | Int./Div. | | | | | | | |
| 34. - AQR DIVERSIFIED ARBITRAGE FUND 3 | A | Dividend | | | Sold (part) | 01/30/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 08/27/14 | J | A | |
| 36. | | | | | Sold (part) | 09/29/14 | J | A | |
| 37. - AQR MANAGED FUTURES STRATEGY FD 3 | A | Dividend | | | Buy (add'l) | 04/29/14 | J | | |
| 38. - DRIEHAUS SELECT CREDIT FUND 3 | A | Dividend | | | | | | | |
| 39. - DRIEHAUS ACTIVE INCOME FUND 3 | A | Dividend | | | Sold (part) | 09/29/14 | J | A | |
| 40. - GATEWAY FUND CLASS Y 3 | A | Dividend | | | Sold (part) | 01/30/14 | J | A | |
| 41. | | | | | Sold (part) | 04/29/14 | J | A | |
| 42. | | | | | Sold (part) | 06/26/14 | J | A | |
| 43. | | | | | Sold (part) | 07/30/14 | J | A | |
| 44. | | | | | Sold (part) | 09/29/14 | J | A | |
| 45. - LEGG MASON BW ABSOLUTE RETURN FUND 3 | A | Dividend | | | Sold (part) | 05/29/14 | J | A | |
| 46. | | | | | Sold (part) | 09/29/14 | J | A | |
| 47. - MSIF INC INTERNATIONAL FUND 3 | A | Dividend | | | Sold (part) | 02/27/14 | J | A | |
| 48. | | | | | Sold (part) | 04/29/14 | J | A | |
| 49. | | | | | Sold (part) | 05/29/14 | J | A | |
| 50. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 51. | | | | | Buy (add'l) | 10/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - NUVEEN LIMITED TERM MUNI BOND CLASS A 3 | A | Interest | | | Sold (part) | 07/30/14 | J | A | |
| 53. | | | | | Sold (part) | 10/30/14 | J | A | |
| 54. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND 3 | A | Dividend | | | Sold (part) | 01/30/14 | J | A | |
| 55. | | | | | Sold (part) | 02/27/14 | J | A | |
| 56. | | | | | Buy (add'l) | 04/29/14 | J | | |
| 57. | | | | | Sold (part) | 06/26/14 | J | A | |
| 58. | | | | | Sold (part) | 08/27/14 | J | A | |
| 59. | | | | | Sold (part) | 10/30/14 | J | A | |
| 60. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND 3 | A | Dividend | | | Sold (part) | 10/30/14 | J | A | |
| 61. - TCW EMERGING MARKETS FUND 3 | A | Dividend | | | | | | | |
| 62. - THE TAX EXEMPT BOND FUND OF AMERICA 3 | A | Interest | | | Sold (part) | 01/30/14 | J | A | |
| 63. | | | | | Sold (part) | 05/29/14 | J | A | |
| 64. | | | | | Sold (part) | 09/29/14 | J | A | |
| 65. - VANGUARD INTMDT TERM TAX EXEMPT BOND FUND 3 | A | Interest | | | Sold (part) | 01/30/14 | J | A | |
| 66. | | | | | Sold (part) | 07/30/14 | J | A | |
| 67. | | | | | Sold (part) | 10/30/14 | J | A | |
| 68. - WASATCH LONG/SHORT FUND 3 | A | Dividend | | | Sold | 04/25/14 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - ISHARES TR BARCLAYS TIPS BD FD 3 | A | Dividend | | | Sold (part) | 04/29/14 | J | A | |
| 70. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 71. - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND 3 | A | Dividend | | | Sold (part) | 04/29/14 | J | A | |
| 72. | | | | | Buy (add'l) | 06/26/14 | J | | |
| 73. | | | | | Sold (part) | 10/30/14 | J | A | |
| 74. - VANGUARD SPECIALIZED PORT DIV APPREC FUND 3 | A | Dividend | | | Sold (part) | 02/27/14 | J | A | |
| 75. | | | | | Sold (part) | 04/29/14 | J | A | |
| 76. | | | | | Sold (part) | 06/26/14 | J | A | |
| 77. | | | | | Sold (part) | 07/30/14 | J | A | |
| 78. | | | | | Sold (part) | 10/30/14 | J | A | |
| 79. - VIRTUS EMERGING MARKETS FUND 3 | A | Dividend | | | Buy (add'l) | 01/30/14 | J | | |
| 80. | | | | | Sold (part) | 04/29/14 | J | A | |
| 81. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 82. | | | | | Sold (part) | 07/30/14 | J | A | |
| 83. - AMERICAN CENTURY MID CAP VALUE FUND 3 | A | Dividend | | | Sold (part) | 02/27/14 | J | A | |
| 84. | | | | | Sold (part) | 05/29/14 | J | A | |
| 85. | | | | | Sold (part) | 08/27/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - RIVERNORTH DOUBLE LINE STRATEGIC INC FUND 3 | A | Dividend | | | Sold (part) | 01/30/14 | J | A | |
| 87. | | | | | Sold (part) | 05/29/14 | J | A | |
| 88. | | | | | Sold (part) | 10/30/14 | J | A | |
| 89. - SCHWAB FUNDMNTL U.S. LARGE CO FUND 3 | A | Dividend | | | Sold (part) | 01/30/14 | J | A | |
| 90. | | | | | Sold (part) | 02/27/14 | J | A | |
| 91. | | | | | Sold (part) | 04/29/14 | J | A | |
| 92. | | | | | Sold (part) | 06/26/14 | J | A | |
| 93. | | | | | Sold (part) | 08/27/14 | J | A | |
| 94. - NEUBERGER BERMAN LONG SHORT FUND 3 | | | | | Buy | 04/25/14 | J | | |
| 95. | | | | | Sold (part) | 05/29/14 | J | A | |
| 96. | | | | | Sold (part) | 10/30/14 | J | A | |
| 97. CHASE CHECKING ▇ | | None | J | T | | | | | |
| 98. CHASE SAVINGS ▇ | A | Interest | J | T | | | | | |
| 99. NATIONWIDE ACHIEVER ANNUITY | | None | N | T | | | | | |
| 100. TRUST #1 - EXEMPT C (H) | G | Int./Div. | P1 | W | | | | | See Note 1 |
| 101. - FDIC LIQUID INSURED DEPOSITS ▇ | | | | | | | | | |
| 102. - AQR DIVERSIFIED ARBITRAGE FUND ▇ | | | | | Sold | 02/25/14 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - DRIEHAUS SELECT CREDIT FUND | | | | | Sold | 02/25/14 | L | C | |
| 104. - DRIEHAUS ACTIVE INCOME FUND | | | | | Sold | 02/25/14 | L | A | |
| 105. - GATEWAY FUND CLASS Y | | | | | Sold | 02/25/14 | M | E | |
| 106. - ISHARES TR BARCLAYS TIPS BD FD | | | | | Sold (part) | 02/25/14 | K | A | |
| 107. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 108. | | | | | Sold | 07/11/14 | K | A | |
| 109. - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND | | | | | Sold | 02/25/14 | K | A | |
| 110. - MSIF INC INTERNATIONAL FUND | | | | | Sold | 02/25/14 | M | E | |
| 111. - NUVEEN LIMITED TERM MUNI BOND CLASS A | | | | | Sold (part) | 02/25/14 | J | A | |
| 112. | | | | | Buy (add'l) | 02/28/14 | K | | |
| 113. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND | | | | | Sold | 02/25/14 | K | E | |
| 114. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND | | | | | Buy (add'l) | 02/28/14 | J | | |
| 115. - TCW EMERGING MARKETS FUND | | | | | Buy (add'l) | 02/25/14 | K | | |
| 116. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 117. - THE TAX EXEMPT BOND FUND OF AMERICA | | | | | Buy (add'l) | 07/11/14 | K | | |
| 118. | | | | | Sold (part) | 02/25/14 | J | A | |
| 119. - VANGUARD SPECIALIZED PORT DIV APPREC FUND | | | | | Sold (part) | 02/25/14 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| REINHARDT, STEPHEN R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 02/28/14 | K | | |
| 121. - VANGUARD INTMDT TERM TAX EXEMPT BOND FUND | | | | | Sold | 02/25/14 | L | A | |
| 122. - WASATCH LONG/SHORT FUND | | | | | Sold | 02/25/14 | L | D | |
| 123. - VIRTUS EMERGING MARKETS FUND | | | | | Buy (add'l) | 02/28/14 | J | | |
| 124. - AMERICAN CENTURY MID CAP VALUE FUND | | | | | Sold | 02/25/14 | K | A | |
| 125. - SCHWAB FUNDMNTL U.S. LARGE CO FUND | | | | | Buy (add'l) | 02/25/14 | L | | |
| 126. | | | | | Buy (add'l) | 02/28/14 | L | | |
| 127. - AQR MANAGED FUTURES STRATEGY FUND | | | | | Sold (part) | 02/25/14 | K | A | |
| 128. - LEGG MASON BW ABSOLUTE RETURN FUND | | | | | Sold (part) | 02/25/14 | J | A | |
| 129. - RIVERNORTH DOUBLE LINE STRATEGIC INC FUND | | | | | Buy (add'l) | 03/03/14 | J | | |
| 130. - ASTON FAIRPOINTE MID CAP FUND | | | | | Buy | 02/25/14 | M | | |
| 131. | | | | | Buy (add'l) | 02/28/14 | K | | |
| 132. - AQR MOMENTUM FUND CLASS L | | | | | Buy | 02/25/14 | M | | |
| 133. | | | | | Buy (add'l) | 02/28/14 | L | | |
| 134. | | | | | Buy (add'l) | 12/22/14 | K | | |
| 135. - BERWYN FUND | | | | | Buy | 02/26/14 | K | | |
| 136. | | | | | Buy (add'l) | 03/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - INVESCO DEVELOPING MARKETS FUND | | | | | Buy | 02/25/14 | L | | |
| 138. | | | | | Buy (add'l) | 02/28/14 | K | | |
| 139. - HARBOR INT'L FUND | | | | | Buy | 02/25/14 | K | | |
| 140. | | | | | Buy (add'l) | 02/28/14 | K | | |
| 141. - HARBOR HIGH YIELD BOND FUND | | | | | Buy | 07/11/14 | K | | |
| 142. - INVESCO INTL SMALL COMPANY | | | | | Buy | 02/25/14 | K | | |
| 143. | | | | | Buy (add'l) | 02/28/14 | K | | |
| 144. - VIRTUS FOREIGN OPP FUND CLASS A | | | | | Buy | 02/25/14 | K | | |
| 145. | | | | | Buy (add'l) | 02/28/14 | K | | |
| 146. - KEELEY SMALL CAP VALUE FUND | | | | | Buy | 02/25/14 | L | | |
| 147. | | | | | Buy (add'l) | 02/28/14 | K | | |
| 148. - MAINSTAY HIGH YIELD CORP BOND FUND | | | | | Buy | 02/25/14 | K | | |
| 149. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 150. | | | | | Sold | 07/11/14 | K | A | |
| 151. - AMERICAN CENTURY INTMDT TAX FREE BOND FUND | | | | | Buy | 02/25/14 | K | | |
| 152. | | | | | Buy (add'l) | 02/28/14 | K | | |
| 153. | | | | | Buy (add'l) | 07/11/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - VANGUARD SCOTTSDALE FDS | | | | | Buy | 02/25/14 | K | | |
| 155. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 156. | | | | | Buy (add'l) | 07/11/14 | J | | |
| 157. - ACACIA PARTNERS, L.P. | | | | | | | | | |
| 158. - POETIC LICENSE PARTNERS, LP | | | | | | | | | See Note 1 |
| 159. TRUST #2 - NON-EXEMPT C (H) | A | Int./Div. | M | T | | | | | |
| 160. - FDIC LIQUID INSURED DEPOSITS | | | | | | | | | |
| 161. TRUST #3 - REINHARDT LVG TRUST (H) | D | Int./Div. | N | T | | | | | See Note 3 |
| 162. - FDIC LIQUID INSURED DEPOSITS | | | | | | | | | |
| 163. - FDIC LIQUID INSURED DEPOSITS | | | | | | | | | |
| 164. - AQR DIVERSIFIED ARBITRAGE FUND | | | | | Sold (part) | 04/30/14 | J | A | |
| 165. | | | | | Sold (part) | 05/01/14 | J | A | |
| 166. - AQR MANAGED FUTURES STRATEGY FUND | | | | | Sold (part) | 04/30/14 | J | A | |
| 167. | | | | | Sold (part) | 05/01/14 | J | A | |
| 168. - DRIEHAUS SELECT CREDIT FUND | | | | | Sold (part) | 04/30/14 | J | A | |
| 169. | | | | | Sold (part) | 05/01/14 | J | A | |
| 170. - DRIEHAUS ACTIVE INCOME FUND | | | | | Sold (part) | 04/30/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 05/01/14 | J | A | |
| 172. - GATEWAY FUND CLASS Y | | | | | Sold (part) | 04/30/14 | J | A | |
| 173. | | | | | Sold (part) | 05/01/14 | J | A | |
| 174. - ISHARES TR BARCLAYS TIPS BD FD | | | | | Sold (part) | 04/30/14 | J | A | |
| 175. | | | | | Sold (part) | 05/01/14 | J | A | |
| 176. - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND | | | | | Sold (part) | 04/30/14 | J | A | |
| 177. | | | | | Sold (part) | 05/01/14 | J | A | |
| 178. - LEGG MASON BW ABSOLUTE RETURN FUND | | | | | Sold (part) | 04/30/14 | J | A | |
| 179. - MSIF INC INTERNATIONAL FUND | | | | | Sold (part) | 04/30/14 | J | A | |
| 180. | | | | | Sold (part) | 05/01/14 | J | A | |
| 181. - NUVEEN LIMITED TERM MUNI BOND CLASS A | | | | | Sold (part) | 04/30/14 | J | A | |
| 182. | | | | | Sold (part) | 05/01/14 | J | A | |
| 183. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND | | | | | Sold (part) | 04/30/14 | J | A | |
| 184. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND | | | | | Sold (part) | 04/30/14 | J | A | |
| 185. - TCW EMERGING MARKETS FUND | | | | | Sold (part) | 04/30/14 | J | A | |
| 186. | | | | | Sold (part) | 05/01/14 | J | A | |
| 187. - THE TAX EXEMPT BOND FUND OF AMERICA | | | | | Sold (part) | 04/30/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 05/01/14 | J | A | |
| 189. - VANGUARD SPECIALIZED PORT DIV APPREC FUND | | | | | Sold (part) | 04/30/14 | J | B | |
| 190. | | | | | Sold (part) | 05/01/14 | J | A | |
| 191. - VANGUARD INTMDT TERM TAX EXEMPT BOND FUND | | | | | Sold (part) | 04/30/14 | J | A | |
| 192. | | | | | Sold (part) | 05/01/14 | J | A | |
| 193. - WASATCH LONG/SHORT FUND | | | | | Sold | 04/25/14 | J | C | |
| 194. - VIRTUS EMERGING MARKETS FUND | | | | | Sold (part) | 04/30/14 | J | A | |
| 195. - AMERICAN CENTURY MID CAP VALUE FUND | | | | | Sold (part) | 04/30/14 | J | A | |
| 196. - RIVERNORTH DOUBLE LINE STRATEGIC INC FUND | | | | | Sold (part) | 04/30/14 | J | A | |
| 197. | | | | | Sold (part) | 05/01/14 | J | A | |
| 198. - SCHWAB FUNDMNTL U.S. LARGE CO FUND | | | | | Sold (part) | 04/30/14 | J | A | |
| 199. | | | | | Sold (part) | 05/01/14 | J | A | |
| 200. - NEUBERGER BERMAN LONG SHORT FUND | | | | | Buy | 04/25/14 | J | | |
| 201. | | | | | Sold (part) | 04/30/14 | J | A | |
| 202. | | | | | Sold (part) | 05/01/14 | J | A | |
| 203. - CITY NATIONAL BANK CHECKING | | | | | | | | | |
| 204. TRUST #4 - RIPSTON LVG TRUST (H) | D | Int./Div. | N | T | | | | | See Note 2 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - FDIC LIQUID INSURED DEPOSITS | | | | | | | | | |
| 206. - AQR MANAGED FUTURES STRATEGY FUND | | | | | Sold (part) | 12/12/14 | J | A | |
| 207. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND | | | | | Sold (part) | 12/12/14 | J | A | |
| 208. - SCHWAB FUNDMNTL U.S. LARGE CO FUND | | | | | Sold (part) | 12/12/14 | J | A | |
| 209. - VANGUARD SPECIALIZED PORT DIV APPREC FUND | | | | | Sold (part) | 12/12/14 | J | A | |
| 210. - DRIEHAUS SELECT CREDIT FUND | | | | | Buy (add'l) | 12/12/14 | J | | |
| 211. - MSIF INC INTERNATIONAL FUND | | | | | Buy (add'l) | 12/12/14 | J | | |
| 212. - VIRTUS EMERGING MARKETS FUND | | | | | Buy (add'l) | 12/12/14 | J | | |
| 213. - AQR DIVERSIFIED ARBITRAGE FUND | | | | | Buy (add'l) | 12/12/14 | J | | |
| 214. - AMERICAN CENTURY MID CAP VALUE FUND | | | | | | | | | |
| 215. - DRIEHAUS ACTIVE INCOME FUND | | | | | | | | | |
| 216. - GATEWAY FUND CLASS Y | | | | | | | | | |
| 217. - LEGG MASON BW ABSOLUTE RETURN FUND | | | | | | | | | |
| 218. - NEUBERGER BERMAN LONG SHORT FUND | | | | | | | | | |
| 219. - NUVEEN LIMITED TERM MUNI BOND CLASS A | | | | | | | | | |
| 220. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND | | | | | | | | | |
| 221. - RIVERNORTH DOUBLE LINE STRATEGIC INC FUND | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - TCW EMERGING MARKETS FUND | | | | | | | | | |
| 223. - THE TAX EXEMPT BOND FUND OF AMERICA | | | | | | | | | |
| 224. - VANGUARD INTMDT TERM TAX EXEMPT BOND FUND | | | | | | | | | |
| 225. - ISHARES TR BARCLAYS TIPS BD FD | | | | | | | | | |
| 226. - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND | | | | | | | | | |
| 227. - BANK OF THE WEST CHECKING | | | | | | | | | |
| 228. | | | | | | | | | |
| 229. | | | | | | | | | |
| 230. | | | | | | | | | |
| 231. | | | | | | | | | |
| 232. | | | | | | | | | |
| 233. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1: Part VII, lines 100 and 158 - We are still waiting for the year 2014 form K-1 relating to the Poetic License Partners, LP partnership on line 158. As a result, both the income and gross value codes in columns B and C for the Trust #1 Exempt C on line 100 have been estimated. If necessary, an amended disclosure report will be filed upon our receipt of the K-1 form. In addition, in this section from year 2013, a security called Princeton Futures Strategy Fund Class A was sold in it's entirity in 2013. It was erroneously reflected as "sold part", on line 122 of Part VII of the 2013 Disclosure Report. Accordingly, that security does not appear in the Trust #1 - Exempt C area on this 2014 report.

NOTE 2: Part VII, line 32 - This individual broker account closed during December 2014 and all cash and securities were transferred in kind to [ ] living trust brokerage account [ ]. This applies to all items listed on lines 32 through 96, which in future years will no longer appear on the report. From December 2014 and forward, these securities will report in the aggregate as part of Ripston living trust. See line 204, part VII, and for the specific assets now in the living trust account [ ], see lines 205 through 226. Also, line 227 of part VII, "Bank of the West" is included in the Ripston living trust as of 12/31/14. This item had previously appeared as an individual account on line 94, part VII of the 2013 disclosure report. Note that prior to December 2014, [ ] living trust had never been funded

NOTE 3: Part VII, line 161 - This header line was formerly called "Trust #3 - Lvg Trust". We are now calling it "Trust #3 - Reinhardt Lvg Trust", so as to distinguish it from "Ripston Lvg Trust", which appears on lines 204 to 227 of part VII.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ STEPHEN R. REINHARDT

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544